Tashna Simone Rabalais.
NAME

PRISON NUMBER/County Jail# 9814568

CURRENT ADDRESS OR PLACE OF CONFINEMENT
CRDF 2500 52C
11705 SAlmeda St Lynwood CA 90262
CITY, STATE, ZIP CODE

FILED
OCT 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM DEPUTY

2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Tashna Simone Rabalais
(FULL NAME OF PETITIONER)

PETITIONER

v.

DCFS - 11390 W Olympic
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT

and

Edmund G Brown,
The Attorney General of the State of California, Additional Respondent.

Civil No '07 CV 2070 BTM POR
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: LAX COURT 11701 S LA Cienega Blvd Los Angeles California 90045.

2. Date of judgment of conviction: AUGUST 2007

3. Trial court case number of the judgment of conviction being challenged: SA0 6352001

4. Length of sentence: 16 months STATE PRISON

5. Sentence start date and projected release date: August 2007 → Be completed July 16-2007

6. Offense(s) for which you were convicted or pleaded guilty (all counts):
Malicious informing of a false Bomb

7. What was your plea? (CHECK ONE)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury ☐
   (b) Judge only ☐

9. Did you testify at the trial?
☐ Yes ☐ No

**DIRECT APPEAL**

**10.** Did you appeal from the judgment of conviction in the **California Court of Appeal**?
☐ Yes ☑ No

**11.** If you appealed in the **California Court of Appeal**, answer the following:
   (a) Result:
   (b) Date of result (if known):
   (c) Case number and citation (if known):
   (d) Names of Judges participating in case (if known):
   (e) Grounds raised on direct appeal:

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
   (a) Result:
   (b) Date of result (if known):
   (c) Case number and citation (if known):
   (d) Grounds raised:

**13.** If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

(a) Result:

(b) Date of result (if known):

(c) Case number and citation (if known):

(d) Grounds raised:

## COLLATERAL REVIEW IN STATE COURT

**14.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?

☐ Yes ☑ No

**15.** If your answer to #14 was "Yes," give the following information:

(a) **California Superior Court** Case Number (if known):

(b) Nature of proceeding:

(c) Grounds raised:

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☐ No

(e) Result:

(f) Date of result (if known):

**16.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?

☐ Yes ☑ No

**17.** If your answer to #16 was "Yes," give the following information:

(a) **California Court of Appeal** Case Number (if known):

(b) Nature of proceeding:

(c) Names of Judges participating in case (if known)

(d) Grounds raised:

(e) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☐ No

(f) Result:

(g) Date of result (if known):

**18.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☐ Yes ☑ No

**19.** If your answer to #18 was "Yes," give the following information:

(a) **California Supreme Court** Case Number (if known):

(b) Nature of proceeding:

(c) Grounds raised:

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☐ No

(e) Result:

(f) Date of result (if known):

**20.** If you did ***not*** file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

## COLLATERAL REVIEW IN FEDERAL COURT

**21.** Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
☑ Yes ☐ No (IF "YES" SKIP TO #22)

(a) If no, in what federal court was the prior action filed?
(i) What was the prior case number?
(ii) Was the prior action (CHECK ONE):
Denied on the merits? ☐
Dismissed for procedural reasons? ☐
(iii) Date of decision:

(b) Were any of the issues in this current petition also raised in the prior federal petition?
☐ Yes ☐ No

(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
☐ Yes ☐ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present ***all*** other grounds to the California Supreme Court before raising them in your federal Petition.
- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

**(a) GROUND ONE:** Social Worker Adrian Bolten of DCFS office 11390 W Olympic Blvd Los Angeles

**Supporting FACTS:** CA 90064 is trying to terminate my rights to my only child Cole Henry Rabalais 07-08-06 Falsifying evidence to keep me locked up and give up my baby for adoption.

Attached pages stating what happened

Witness (1) Rich Williams 3107179697
(2) William Rowe 3106634793
3103051949

**Did you raise GROUND ONE in the California Supreme Court?**

☐ Yes ☑ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition):

(2) Case number or citation:

(3) Result (attach a copy of the court's opinion or order if available):

#22 




"Baby" case #ck 65018 Cole Henry Rabalais
07-08-06

"Mom" case # SA0 6352001 Tasha Simore Rabalais

criminal case lawyer Pedro Cartes
(310) 721-6232

childrens case lawyer Henry Parks
(323) 709-6968

Family foundation program that I would like to go into with my child; counseler Natalie Frashan.
(916) 323-3793

SANTA MONICA CA 90403
310 -428-9873/663-4793/717-9697
artistsimone@hotmail.com

# TASHA SIMONE

OBJECTIVE

TO WORK FOR A GREAT COMPANY THAT CAN TAKE ADVANTAGE OF MY TENACITY TO ACHIEVE GOALS WHILE BUILDING RELATIONSHIPS WTH NEW CLIENTS, ENSURING AN INCREASE IN CLIENTELE AND FINANCIAL PROFITS.

EDUCATION

1989-1990 THE ART INSTITUTE OF HOUSTON
ASSOCIATES DEGREE IN INTERIOR DESIGN

1990-1994 HENREDON FURNITURE AND DREXEL HERITAGE SALES TRAINING-CERTIFICATE

1996 TRACOM SALES TRAINING-CERTIFICATE

EMPLOYMENT

2000-2007 FINE ARTIST AND FREELANCE INTERIOR DESIGN CONSULTANT
PAINTINGS DONE IN ACRYLIC PAINT ON CANVAS FOR SELLING TO ART GALLERIES AND STORES

1997-2000 NOEL FURNITURE STORE.-RETAIL-4 STORES
DESIGN CONSULTANT. RESPONSIBLE FOR ASSISTING NEW CLIENTS CREATIVLY DECORATE THEIR HOMES,WHILE ACHIEVING MY GOAL OF$50 -100,000 PER MONTH.CLIENT LIST OF OVER 2000.DONATED TIME TO CHARITY TO BUILD CLIENTELE AND PAY FOR GENE RESEARCH FOR CYSTIC FIBROSIS.

1994-1996 BEACON HILL FURNITURE SHOWROON-DESIGN CENTER-14 STORES
SALES ASSOCIATE.RESPONSIBLE FOR ASSISTING INTERIOR DESIGNERS WITH THEIR FURNITURE PURCHASE,WHILE ACHIEVING GOAL OF$50-100,000 PER YEAR.

1992-1994 ELAN FURNITURE SHOWROOM-DESIGN CENTER
SHOWROOM MANAGER.RESPONSIBLE FOR ASSISTING INTERIOR DESIGNERS WITH THEIR FURNITURE PURCHASE.AS WELL AS DESIGNING CUSTOM FURNITURE MADE OF WOOD AND IRON.

1990-1992 SUNILAND FURNITURE STORE-RETAIL-3 STORES
DESIGN CONSULTANT.RESPONSIBLE FOR ASSISTING NEW CLIENTS TO CREATIVLY DECORATE THEIR HOMES,WHILEACHIEVING MY GOAL OF $50-100,000 PER MONTH

#22

Dear Sir,

If you subpoena the DCFS file you will see the false accusations and the negative comments written by Adrian Bolten the social worker and Emily Pitz the first foster mom.

I asked Adrian Bolten to remove my son Cole from the foster mom Emily Pitz because of four reasons.

1- He had a cut on the top of his head
2- He was on a breathing machine
3- She exposed him to chicken pox
4- He was always sick

Once I called her and I heard her telling one child to quit beating on the baby and on our visits the kids were always hitting each other with toys.

I was scared to death of something happening to my only baby but Adrian Bolten said that she visited the home and she was not going to move him.

Later I read in one report By Emily Pitts the foster mom wrote that she thought "I was out to lunch" her vocabulary was even 1st grade along with her jealous attitude toward me and calling herself my sons mom.

The next report had her advising Adrian Bolten that my baby

#22



was highly adoptable and bonding with her so she suggested Adrian find an adoptable home for him right away.

So I went over Adrians Head to the Head of the DCFS office. Helen Maxwell and complained about Adrians lack of professionalism and her constant attempts to stop my visits with my son, my baby Cole.

I complained that Adrian was not doing her job because she lied to my parents on numerous occasions, by claiming that she had initiated the ICPC; which is a background check and home study.

She claimed I was harassing her by asking her to do her job.

I guess she thought that I would be so ignorant that I couldn't see that she had placed my son in a crime ridden neighborhood like Compton and not worry about him.

SHE obviously was prejudiced and placed my baby some where where he could get shot, or catch a disease

#22 3

When I insisted on meeting her supervisor because I did not want to meet with her, Mr Degbai just took up for her and gave excuses for her not doing her job which was to move my baby to a safe home and have the ICPC done on my parents. They both claimed that it was ongoing and would take a long time even though it had been 6 months already.

So I contacted the International DCFS and they assured me that they had never spoken with Adrian Botten.

So her boss, said he would remove her from my case and apointed Joe Eisenfeld to be the new social worker but he claimed she was still going to write the report to Judge Steven Berman at Edelmans Children Court.

On December 19th, we went on our regular visit to see our Baby Cole. It was just before Christmas and I couldn't bear to imagine Christmas without him

#22

4

so in a panic I left all the Christmas bags I bought for all the kids and the foster mom and took him home with me.

The foster mom and Adrian Bolten claimed we took Cole violently and had the police issue an AMBER ALERT and so they stopped us with Guns and threw us in Jail and took Cole back to Emily Pitz.

They also told five newspapers that I was mentally unstable and Cole was in danger from us.

So we spent 6 weeks in Jail Christmas and new Years without our baby Cole.

Adrian Bolten has made every effort to keep me away from my baby Cole. With as many false accusations that she can come up with and she is allowed to get away with throwing me in prison and taking my parental rights to my baby Cole away permanently.

Fortunately the Judge in Compton having a true understanding of the fact that we love our child dropped my felony charge of kidnapping

#22



to a misdemeanor, ordered 1 year in Rehab and a 3 year joint Suspension.

Adrian Bolten being upset about me still having an opportunity to be with my son, as I was released in January wasted no time in February to press new charges of criminal threats and terrorist threats in order to follow through with her plan to take away my parental rights permanently and give my son Cole up for adoption.

Her prejudice toward me has gotten out of control and she is using her position to violate my civil rights and punish me with prison and unjustly steal my baby Cole.

The Eighth Amendment of the Bill of Rights clearly states "Excessive Bail shall not be imposed, nor excssive fines, nor cruel and unusual punishments inflicted."

Adrian knew just one new charge would send me to prison because of my joint suspension.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes ☑ No

24. If your answer to #23 is "Yes," give the following information:
(a) Name of Court:
(b) Case Number:
(c) Date action filed:
(d) Nature of proceeding:

(e) Name(s) of judges (if known):
(f) Grounds raised:

(g) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☑ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing ........ Mr Pedro Coetes
3107276232 11701 S. La Cienega Blvd
(b) At arraignment and plea .... Suite 530 LA, CA 90045

(c) At trial ......................

(d) At sentencing ..............not sentenced yet

(e) On appeal ..................

(f) In any post-conviction proceeding .

(g) On appeal from any adverse ruling in a post-conviction proceeding:

**26.** Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes ☑ No

**27.** Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☑ No

(a) If so, give name and location of court that imposed sentence to be served in the future:
LAX COURT - 11701 S CA Cienega Blvd

(b) Give date and length of the future sentence: Suite S30 La CA 90045

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☑ Yes ☐ No

**28.** Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to procced before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court:

OCTOBER 19th 2007

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

Oct-19-2007

(DATE)

SIGNATURE OF PETITIONER

**NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

TO: (A) ADRIAN Bolten

as (B) SOCIAL WORKER of (C) DCFS, 11390 W Olympic Los Angeles CA 90064

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) LOS ANGELES District of CALIFORNIA and has been assigned docket number (E) .

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) days after the date designated below a the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from the date is you address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff this 19th day of October 2007 .

[signature]

Signature of Plaintiff's Attorney or Unrepresented Plaintiff

A - Name of individual defendant (or name of officer or agent of corporate defendant)
B - Title or other relationship of individual to corporate defendant
C - Name of corporate defendant, if any
D - District
E - Docket number of action
F - Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DATE: Oct 11, 07

REQUESTER'S NAME: Tashna Simone Robolars

ADDRESS: 11705 S Almeda 2500 52L

CITY: Lynwood STATE: CA ZIP CODE: 90262

TELEPHONE NO.: 310 717 9697

SIGNATURE: [signature]

*****************************************************************************

Completed Check Out Slip must be presented prior to obtaining files. No more than five (5) cases will be released at one time.

**ALTERATION, MUTILATION OF FILES OR ADDING TO OR REMOVING FILES FROM THE OFFICE OF THE CLERK WITHOUT PERMISSION IS A FELONY UNDER TITLE 18 U.S.C. SEC. 13.**

*****************************************************************************

**NON FEDERAL GOVERNMENT AGENCIES:**

All requests for copy work must be in writing. There is a charge of $0.09 per page for providing copies of case papers. The copies are provided by the court contracted copy service, Robert's Copy Center, and payable at the time the order is received by the service. Certifications are $7.00 each.

*****************************************************************************

PLEASE INDICATE THE TYPE OF CASE:

CR=Criminal Case CV=Civil Case MC=Misc Case MG=Magistrate

PLEASE RETURN FILE TO CLERK

(CR) CV MC MG Case Number: SA06352001
(Only one number per request)

Accession No. Agency Box No. Records Center Location No.

of

****All cases from 1996 to present are available on case view.**

****All documents filed after July 1, 1996 for cases prior to 1996 are also available on case view.**

::ODMA\PCDOCS\WORDPERFECT\10649\2 July 16, 2001 (8:58am)

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF

RABALAIS v.s. DCFS.

11390 W. Olympic Blvd L.A CA 90064

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

Tasha Simone Rabalais

1 ☑ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed

Name and address of employer: ———

**IF YES,** how much do you earn per month? $ ———

**IF NO,** give month and year of last employment ———
How much did you earn per month? $ ———

If married is your Spouse employed? ☐ Yes ☑ No

**IF YES,** how much does your Spouse earn per month? $ N/A

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ———

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| $ ——— | |
| ——— | |
| ——— | |

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No **IF YES,** state total amount $ ———

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| $ ——— | |
| ——— | |
| ——— | |
| ——— | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
___ SINGLE
___ MARRIED
___ WIDOWED
✓ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them: (crossed out)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Wells Fargo bank | $ 20,000 | $ -0- |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) OCTOBER 19-2007

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) [signature]

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Tasha Simone Rabalais, declare:

I am over 18 years of age and a party to this action. I am a resident of Century Regional Detention facility ~~Prison~~, in the county of LOS ANGELES, State of California. My ~~prison~~ Jail address is: 11705 S Almeda Street, LYNWOOD CALIFORNIA 90262.

On October 19th 2007,
(DATE)

I served the attached: ______________________________
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

To clerk of US. DISTRICT Court Rm 4290
880 Front street, San Diego, CA 92101-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Oct 19-2007 (DATE)

[signature] (DECLARANT'S SIGNATURE)

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

FILED

OCT 2 9 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 ✓ 1983 ___
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ___ Pro Se ___

**I (a) PLAINTIFFS**

**Tashna Simone Rabalous**

**DEFENDANTS**

**DCFS, et al**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Los Angeles
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Tashna Simone Rabalous**
**11705 S. Alameda Street**
**Lynwood, CA 90262**
**9814568**

**ATTORNEYS (IF KNOWN)**

'07CV 2070 BTM POR

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**28 U.S.C. 2254**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Eiectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☒ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 10/29/2007 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R. Rabalous