PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED
NOV 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY POR DEPUTY

November 6, 2007

Office of the Clerk
Central District of California, Western Division
312 N. Spring Street
Los Angeles, CA 90012

Re: Rabalous v. DCFS et al, 07cv2070-BTM(POR)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: ______________
V.Trujillo, Deputy

SEAL

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

RECEIVED ITEMS DESCRIBED

THIS DATE OF 11/21/07
AND ASSIGNED CASE NUMBER CV07-7639 AHM(AGR)

CLERK, U.S. DISTRICT COURT

By: La'Ree Horn, Deputy